# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL HERNANDEZ-ROSAS, | CASE NO. 05cv1182 BTM |
| Petitioner, | **ORDER ENTERING JUDGMENT OF DISMISSAL** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

On June 7, 2005, Petitioner, who was detained at the Federal Correctional Institution at Terminal Island, California and proceeding pro se, filed a petition for a common law writ of error audita querela under the All Writs Act, 28 U.S.C. § 1651, attacking his previous sentencing. In a February 6, 2007 order, the Court dismissed Petitioner's action sua sponte without prejudice for failing to pay the $250 filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a) and for failing to state a claim upon which relief could be granted. The Court granted Petitioner 30 days to: (a) file an amended complaint which properly stated a claim for relief; and (b) prepay the entire $250 civil filing fee in full or complete and file a Motion to proceed IFP. Petitioner has failed to make any filings in response to the Court's invitation. Accordingly, Petitioner's action is hereby dismissed without prejudice. The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: March 14, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge

1                                                          05cv1182